# In The United States Court of Federal Claims

Cover Sheet

06-602 C

Plaintiff(s) or Petitioner(s)
Alan Janaskie

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): ____________________

Firm Name: Jeffrey D. Moffatt, Esq

Post Office Box: ____________________

Street Address: 43625 N. Sierra Hwy, Suite A

City-State-Zip: Lancaster, CA 93534

Telephone & Facsimile Numbers: (661) 945-6121 / Fax (661) 945-3019

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 5 6

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ____________________

Agency Identification Code: A R M

See attached sheet for three-digit codes.

Amount Claimed: $ 1,800,000.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $____________________

Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:

Date of Vaccination: ____________________

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.