IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-602C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>NOTICE OF APPEARANCE</u>

To the Clerk:

Please enter the appearance of Joseph A. Pixley as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

Dated: September 5, 2006

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0843
Facsimile: (202) 307-0972