IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-602C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME FOR RESPONDING TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for responding to the complaint in this case by sixty days, so that the response will be due on Friday, December 22, 2006. The current due date is October 23, 2006. This is defendant's first request for an enlargement, and plaintiff's counsel has stated that plaintiff does not oppose the enlargement.

The United States requests this extension for the following reasons:

First, agency counsel will be unable to provide to the Department of Justice the report required by 28 U.S.C. § 520 before the current due date. This report is necessary to enable the United States to prepare its response to the complaint. The complaint drafted in this case is complex, requiring more time than usual to complete the report and prepare a response.

Second, this case was initially assigned by the Department of Justice to trial attorney Joseph Pixley. On September 16, 2006, however, Mr. Pixley was unexpectedly called into active duty in the United States Army. As a result, on September 25, 2006, the case was reassigned to a new trial attorney, Brian Edmunds, who needs additional time to become familiar with the case and prepare a response to the complaint.

Granting this enlargement will prejudice neither party. Accordingly, we respectfully request that the Court enlarge the time for responding to the complaint by sixty days – to December 22, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

October 10, 2006

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on October 10, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds