## UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ALAN JANASKIE, Plaintiff, v. SECRETARY OF VETERANS AFFAIRS and DEPARTMENT OF THE ARMY, Defendants. | 06-602C |

## DECLARATION OF VICTOR R. DONOVAN

I, Victor R. Donovan, employed by the United States Air Force at Andrews Air Force Base, Maryland where I am the Legal Advisor to the Air Force Review Boards Agency, the parent organization of the Air Force Board for Correction of Military Records (AFBCMR). I have held my present position since March 2002.

The Review Boards Agency currently uses a computerized case management and tracking system (CMTS) for case tracking. Pursuant to a request, I have queried that system for an application filed by Alan Janaskie, social security number [redacted] both by name and by his social security number. The result of this query was no file found. This data base list would include any application filed after 1982. Accordingly, the AFBCMR has no record of this individual having filed an application with the AFBCMR.

Pursuant to 28 U.S.C. 1764, I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Victor R. Donovan
Legal Advisor
Air Force Review Boards Agency

December 15, 2006