**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-602C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the Plaintiff respectfully requests that the Court enlarge the deadline for responding to the complaint in this case by sixty days, so that the response will be due on Friday, March 22, 2007. The current due date is January 22, 2007. This is Plaintiff's first request for an enlargement, and defendant's counsel has stated that plaintiff does not oppose the enlargement.

The Plaintiff requests this extension for the following reasons:

First, Plaintiff's counsel has just been advised that the Bureau of Veteran's Appeals has an open case. This case was opened after the submission of the current case.

Second, Defendant has been denying in error Veteran's benefits to individuals such as Plaintiff for over 40 years. Plaintiff it its petition with this court has argued that this denial was in error and while the Petition was in the mail in the initial filing, a case called Haas v. Nicholson 20 Fed Vet App 257 seems to remove the Presumptive Test. Although the government has filed an appeal under Haas in the U.S Court of Appeals, Docket 2007-7037, the first briefing is due at the end of February.

Third, given the VA rules have changed, if the Government follows the Hass case and the BVA has an open case, the need to keep this case open is questionable and the extension will

allow Plaintiff to make that determination.

Finally, if it is necessary for the case to stay active Plaintiff requests an extension of time to respond due to the complexity of this case. The Plaintiff's opposition to Defendant's Motion to Dismiss will show how jurisdiction in this court is retained when Defendant violated congressional orders, doctored and redacted reports while having money mandating requirements that have not been fulfilled by Defendant.

Granting this enlargement will prejudice neither party. Accordingly, Plaintiff and unopposed by Defendant, respectfully request that the Court enlarge the time for responding to the complaint by sixty days- to March 22, 2007.

Respectfully submitted,

1/12/06

s/Jeffrey D. Moffatt

Attorney for Plaintiffs
Law Office of Jeffrey D. Moffatt
43625 N Sierra Hwy, Suite A.
Lancaster, CA 93534
Tel: 661 9456121
Fax: 661 9453019
Jeffreymbajd@hotmail.com

CERTIFICATE OF FILING

I hereby certify that on January 12, 2007, a copy of the foregoing " Plaintiff's Unopposed Motion For An Enlargement of Time For Responding to Defendant's Motion To Dismiss" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.