**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-602C |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS**

We oppose Mr. Janaskie's motion for an enlargement as presently framed. Although Mr. Janaskie states in his motion that "defendant's counsel has stated that plaintiff [sic] does not oppose the enlargement," counsel did not contact us and we certainly would not consent to an enlargement based upon the reasons Mr. Janaskie has stated. Even assuming that Mr. Janaskie's speculative assertions about the Department of Veterans Affairs were true, they would have no bearing on this case. As we made clear in our motion to dismiss, this Court does not possess jurisdiction over veterans' claims. Ferreiro v. United States, 72 Fed. Cl. 1, 6 (2006) ("This court does not have jurisdiction to award veterans benefits."); Carlisle v. United States, 66 Fed. Cl. 627, 633-34 (2005); Van Allen v. United States, 66 Fed. Cl. 294, 296 (2005) ("Claims for veterans' benefits are not within the jurisdiction of the Court of Federal Claims.").

That said, we do not generally oppose requests for enlargements. Accordingly, if Mr. Janaskie requests our consent to a motion for an extension of time to May 22, 2007 for a legitimate reason (such as, for example, the need to accommodate his counsel's schedule), and properly seeks this consent beforehand according to this Court's Rule 6.1, we will be happy to give it.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

March 15, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 15, 2007, a copy of the foregoing "DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS" was filed electronically. Parties may access this document through the Court's electronic filing system.

s/ Brian T. Edmunds