IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-602C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**TO FILE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of 21 days, through and including June 26, 2007, in which to file its reply in support of its motion to dismiss. The reply is currently due on June 5, 2007. This is our first request for an enlargement for this purpose, and the plaintiff does not oppose this enlargement.

An enlargement is necessary to accommodate the schedule of the trial attorney assigned to this case. Counsel has had or will have the following commitments, among others, during the proposed period for filing the reply:

1. Discovery deadlines in Multiservice Joint Venture LLC v. United States, No. 06-312 (Fed. Cl.) (May 30, 2007), and Whitaker Contractors, Inc. v. United States, No 06-95 (Fed. Cl.) (June 8, 2007), and depositions in Innovair, Ltd. v. United States, No. 96-408 (Fed. Cl.) (June 14 and 19, 2007). The Innovair and Whitaker cases have and will continue to require extensive travel.

2. Oral argument on June 4, 2007, in Rods v. Department of the Interior, No. 2006-3424 (Fed. Cir.), and an appellate mediation on June 13, 2007, in Isbell v. Social Security Administration, No. 2006-3431 (Fed. Cir.).

3. Briefing due on June 4, 2007, in Hardy v. United States Postal Service, No. 2007-3112 (Fed Cir.), June 6, 2007, in Isbell, and June 25, 2007, in Esch v. United States, No. 06-658 (Fed. Cl.).

4. An answer due on June 13, 2007, in Hacker v. United States, No. 07-00008 (C.I.T.).

Given these constraints, counsel has been unable to draft a reply by June 5, 2007. We therefore respectfully request a 21-day enlargement of the time for filing our reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Washington, DC 20530
(202) 616-8253

June 5, 2007

Attorneys for the defendant

CERTIFICATE OF FILING

I hereby certify that on June 5, 2007, a copy of the foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian T. Edmunds