IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-602C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**TO FILE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of 15 days, through and including July 11, 2007, in which to file its reply in support of its motion to dismiss. The reply is currently due on June 26, 2007. This is our second request for an enlargement for this purpose (the first request sought 21 days), and the plaintiff does not oppose this enlargement.

The requested enlargement is necessary to accommodate the schedule of the trial attorney assigned to this case, which has been slightly more constrained than anticipated in our first motion by the commitments discussed therein and other new developments that have arisen since.

Plaintiff will not be prejudiced by this enlargement. Plaintiffs sought five months of enlargements for filing his response to defendant's motion to dismiss, and the enlargements requested cumulatively by the Government are relatively short. For these reasons, we respectfully request an enlargement of 15 days in which to file our reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

June 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 21, 2007, a copy of the foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds