EXHIBIT A

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALAN JANASKIE | ) | |
| | ) | |
| Plaintiff, | ) | 06-602C |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF VETERANS AFFAIRS and DEPARTMENT OF THE ARMY | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF WILLIAM TYMINSKI**

I, William Tyminski, do hereby declare that:

I am the Director of the Performance Assessment and Analysis Division for the Retired and Annuity Pay Operations, Defense Finance and Accounting Service, Cleveland, Ohio. The Defense Finance and Accounting Service, Retired and Annuitant Pay is responsible for paying all military retirees and annuitants. In this capacity, I am familiar with the records and the Federal laws governing the entitlement to retired and annuity pay. I have worked for the Defense Finance and Accounting Service for 36 years.

The information provided is based upon an examination of the member's records. Pursuant to a request from an Air Force Legal Operations Agency representative, I have reviewed the member's records to determine if Senior Master Sergeant Alan H. Janaskie, United States Air Force, retired and is receiving retired pay. I queried by his Social Security Number, [redacted], which resulted in the following information:

The records show that the member separated from the active duty Air Force and retired on February 1, 1983, with 20 years and 16 days of service as Senior Master Sergeant. The member has been in receipt of retired pay since then. The member's current gross pay is $1,601 per month.

Pursuant to section 1746 of title 28, U.S. Code, I declare under penalty of perjury that the foregoing is true and correct.

William Tyminski
Director, Performance Assessment and Analysis Division

DATED: December 15th, 2006

HUNT[redacted]COMP JANAS COMP PAYLINES PAGE 1- 1 PROD C=135SEP21
061215/0957 XPR3424
NBR OF COMP PAYLINES: 04 CURR COMP MNTHLY PAYLINE ENTRY NBR: 04

| | | | | |
|---|---|---|---|---|
| ENTRY NBR | 004 | 003 | 002 | 001 |
| DATE POSTED | 20061202 | 20061113 | 20051202 | 20041202 |
| PAY STAT CD | PA | PA | PA | PA |
| TYPE | MONTHLY | MONTHLY | MONTHLY | MONTHLY |
| MO PYMT IND | Y | Y | Y | Y |
| FAN CD | 02 | 02 | 02 | 02 |
| EFF DATE FROM | 20061201 | 20061101 | 20051201 | 20041201 |
| TO | 000000 | 20061130 | 20061031 | 20051130 |
| AVAIL DT | 000000 | 000000 | 000000 | 000000 |
| GROSS PAY | 1601.00 | 1550.00 | 1550.00 | 1489.00 |
| MISC CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| FCE DC DED | 0.00 | 0.00 | 0.00 | 0.00 |
| FCE PAY CAP | 0.00 | 0.00 | 0.00 | 0.00 |
| VA WAIVER | 0.00 | 0.00 | 0.00 | 0.00 |
| CRDP AMT | 0.00 | 0.00 | 0.00 | 0.00 |

TAXABLE INCOME TO NET PAY ON NEXT PAGE