EXHIBIT B

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN JANASKIE | ) | |
| | ) | |
| Plaintiff, | ) | 06-602C |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF VETERANS AFFAIRS and DEPARTMENT OF THE ARMY | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF CHRISTINE B SAALBACH**

I, Christine B Saalbach, do hereby declare:

I am Christine B Saalbach, employed by the United States Air Force at Randolph Air Force Base, Texas where I am the Chief, Retirement Programs and Policy Section at the Air Force Personnel Center (AFPC). I have held my present position since June 2003.

AFPC currently uses a computerized military personnel data system (MilPDS) for maintaining records. Pursuant to a request from an Air Force Legal Operations Agency representative, I have queried that system for information on Senior Master Sergeant Alan H. Janaskie, SSAN [redacted] A search of MilPDS was also performed by me. The result of the search was the following information on SMSgt Janaskie's status. SMSgt Janaskie is on the Retired Enlisted file. He retired under 10 USC §8914, effective 1 Feb 1983, with 20 years and 16 days Total Active Federal Military Service (TAFMS). He retired in the grade of senior master sergeant (SMSgt/E-8). His Separation Program Designator (SPD) is RBD which is defined, for the period of 1 Jul 1978 through 21 Aug 1991, as: "For official use only: voluntary retirement: regular or reserve commissioned or warrant officers and regular airman, who meet service requirements established by law, authority AFM 35-7 [now AFI 36-3203, *Service Retirements*]." The law under which he retired, 10 USC §8914, *Twenty to thirty years: enlisted members*, states: "Under regulations to be prescribed by the Secretary of the Air Force, an enlisted member of the Air Force who has at least 20, but less than 30, years of service computed under section 8925 [20 but less than 30 years TAFMS] of this title may, upon his request, be retired." Accordingly, Air Force records indicate that SMSgt Janaskie was voluntarily retired from the Air Force with 20 years and 16 days TAFMS.

 CBS

A search of DFAS-CL retired pay files was also conducted by me. SMSgt Janaskie's member entitlement data shows his service for base pay as 200016 (20 years and 16 days) and his service percent multiplier as 200016 (20 years and 16 days or 50%). His pay file shows that his current gross pay effective date was 20061201 (1 Dec 2006) which included a cost of living allowance increase of 3.3% effective on that date.

Executed on: 15 Dec, 2006

Christine B Saalbach
Chief, Retirement Programs and Policy Section
Directorate of Personnel Program Management
HQ Air Force Personnel Center