EXHIBIT C

IDENTIFICATION PURPOSES — SAFEGUARD IT — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

**DD FORM 214** 1 JUL 79 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| JANASKIE ALAN HENRY | AIR FORCE--REG AF | [redacted] |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| SMSGT | E-8 | 1944 APR 20 | EDWARDS AFB CA |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| 6515 AMS (AFSC) | EDWARDS AFB CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| USAFR | AMOUNT $ 35,000 ☐ NONE |

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY *(Additional specialty numbers and titles involving periods of one or more years)*

32599 - AUTOMATIC FLIGHT CONTROL/AVIONIC INSTRUMENT SYSTEMS SUPERINTENDENT
19 YEARS AND 10 MONTHS

| 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1963 | JAN | 15 |
| b. Separation Date This Period | 1983 | JAN | 31 |
| c. Net Active Service This Period | 20 | 00 | 16 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 03 | 07 | 11 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 1980 | MAR | 01 |
| i. Reserve Oblig. Term. Date | 1993 | JAN | 14 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*

SMALL ARMS EXPERT MARKSMANSHIP RIBBON, NCO PROFESSIONAL MILITARY EDUCATION RIBBON W/1 DEVICE, AIR FORCE LONGEVITY SERVICE RIBBON W/4 DEVICES, NATIONAL DEFENSE SERVICE MEDAL, VIETNAM SERVICE MEDAL, OUTSTANDING UNIT AWARD W/1 DEVICE, REPUBLIC OF VIETNAM CAMPAIGN MEDAL, AIR FORCE GOOD CONDUCT MEDAL W/5 DEVICES, MERITORIOUS SERVICE MEDAL.

14. MILITARY EDUCATION *(Course Title, number weeks, and month and year completed)*

BASIC MILITARY TRAINING, 6 WKS., FEB 63; AIR FORCE SENIOR NONCOMMISSIONED OFFICER ACADEMY, OCT 80; AVIONICS SYSTEMS SUPERINTENDENT, 210 HRS., SEP 77; NONCOMMISSIONED OFFICER ACADEMY, JUN 75; OJT TRAINER/SUPERVISOR ORIENTATION CRSE, 30 HRS., JAN 75; AVIONICS INSTRUMENT SYSTEMS TECHNICIAN CRSE, 390 HRS, APR 70

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT | 17. DAYS ACCRUED LEAVE PAID |
|---|---|---|
| ☐ YES ☒ NO | ☒ YES ☐ NO | -0- |

18. REMARKS

--NOT APPLICABLE--

COPY 3: VA DATA PROCESSING CENTER, 1615 E. WOODWARD ST., AUSTIN TX 78772
COPY 5: USIDC, P.O. BOX 44246, CAPITOL STATION, BATON ROUGE LA 70804
CPOY 6: DEPARTMENT OF VETERANS AFFAIRS P.O. BOX 1559, SACRAMENTO CA 95807

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE SENT TO CA DIR. OF VET AFFAIRS |
|---|---|
| 21681 BANCROFT DR<br>CALIFORNIA CITY, CA 93505 | ☒ YES ☐ NO (initials) |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| (signature) | DELBERT H. CONRAD, MSGT, USAF NCOIC, QUALITY FORCE |

SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) | |
|---|---|---|
| RETIREMENT | HONORABLE | |
| **25. SEPARATION AUTHORITY** | **26. SEPARATION CODE** | **27. REENLISTMENT CODE** |
| AFR 35-7 | SPD: RBD | 2V |

28. NARRATIVE REASON FOR SEPARATION

VOL-RETIREMENT FOR YEARS OF SERVICE ESTABLISHED BY LAW

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | (initials) INITIALS |

S/N 0102-LF-000-2140

SERVICE-2