EXHIBIT D

Standard Form 88
Revised 10-75
General Services Administration
Interagency Comm. on Medical Records
FPMR 101 – 11.806 – 8

# REPORT OF MEDICAL EXAMINATION

Exception to SF 88 approved by NARS 3-80

88-119-02

1. LAST NAME—FIRST NAME—MIDDLE NAME: JANASKIE, ALAN HENRY
2. GRADE AND COMPONENT OR POSITION: SMSGT USAF
3. IDENTIFICATION NO. [redacted]
4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code): 21681 Bancroft Drive California City CA 93505
5. PURPOSE OF EXAMINATION: Retirement
6. DATE OF EXAMINATION: 9 Jun 82
7. SEX: Male
8. RACE: Caucasian
9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 19 6/12 CIVILIAN -
10. AGENCY: DAF
11. ORGANIZATION UNIT: 6515 AMS (AFSC) EAFB CA
12. DATE OF BIRTH: (38) 20 Apr 44
13. PLACE OF BIRTH: Shamokin PA
14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: Ruth A. Janaskie - wife same as #4
15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: USAF Hosp Edwards/SGP, EAFB CA 93523
16. OTHER INFORMATION: DP 2210
17. RATING OR SPECIALTY: -
TIME IN THIS CAPACITY (Total): -
LAST SIX MONTHS: -

## CLINICAL EVALUATION

(Check each item in appropriate column; enter "NE" if not evaluated.)

| NORMAL | ITEM | ABNORMAL |
|---|---|---|
| X | 18. HEAD, FACE, NECK, AND SCALP | |
| X | 19. NOSE | |
| X | 20. SINUSES | |
| X | 21. MOUTH AND THROAT | |
| X | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| X | 23. DRUMS (Perforation) | |
| X | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| X | 25. OPHTHALMOSCOPIC | |
| X | 26. PUPILS (Equality and reaction) | |
| X | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| X | 28. LUNGS AND CHEST (Include breasts) | |
| X | 29. HEART (Thrust, size, rhythm, sounds) | |
| X | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| X | 31. ABDOMEN AND VISCERA (Include hernia) | |
| X | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| X | 33. ENDOCRINE SYSTEM | |
| X | 34. G-U SYSTEM | |
| X | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| | 36. FEET | X |
| X | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| X | 38. SPINE, OTHER MUSCULOSKELETAL | |
| X | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| X | 40. SKIN, LYMPHATICS | |
| X | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| X | 42. PSYCHIATRIC (Specify any personality deviation) | |
| - | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

28. Pulmonary Functions:

| | Actual | Pred | % |
|---|---|---|---|
| FVC | 3.4 | 4.7 | 79 |
| $FEV_1$ | 3.0 | 3.6 | 91 |
| $FEV_1/FVC$ | | | 89 |
| $1_{BTPS}$ | 1.096 | | |

Increased A/P diameter

36. Skin on feet is thickened and scaly

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable teeth — Non-restorable teeth — Missing teeth — Replaced by dentures — Fixed Partial dentures

RIGHT 1 2 3 4 5 6 7 8 | 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 | 24 23 22 21 20 19 18 17

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: Dental Class A

## LABORATORY FINDINGS

45. URINALYSIS: A. SPECIFIC GRAVITY 1.020
B. ALBUMIN: Negative
C. SUGAR: Negative
D. MICROSCOPIC: Ess Normal
46. CHEST X-RAY (Place, date, film number and result): USAF Hosp Edwards 2201, 14x17, 9 Jun 82, Normal
47. SEROLOGY (Specify test used and result): RPR - Nonreactive
48. EKG: Within normal limits
49. BLOOD TYPE AND RH FACTOR: A Pos B/R
50. OTHER TESTS: HCT: 42vol% TB: Negative. Cho: 249/150-310mg% HDL: 37

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 67 | 197 | Brown | Brown | ☐ SLENDER ☐ MEDIUM ☒ HEAVY ☐ OBESE | - |

57. BLOOD PRESSURE (Arm at heart level)

| A. SITTING | B. RECUMBENT | C. STANDING (3 min.) |
|---|---|---|
| SYS. 106 / DIAS. 70 | SYS. - / DIAS. - | SYS. - / DIAS. - |

58. PULSE (Arm at heart level)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 80 | - | | | |

| 59. DISTANT VISION | | 60. REFRACTION | | | 61. NEAR VISION | |
|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY - | S. | CX | 20/20 CORR. TO | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY - | S. | CX | 20/20 CORR. TO | BY |

62. HETEROPHORIA (Specify distance)

| ES* | EX* | R.H. | L.H. | PRISM DIV. | PRISM CONV. | PC | PD |
|---|---|---|---|---|---|---|---|
| - | | | | | CT | | |

| 63. ACCOMMODATION | 64. COLOR VISION (Test used and result) | 65. DEPTH PERCEPTION (Test used and score) | UNCORRECTED / CORRECTED |
|---|---|---|---|
| RIGHT - LEFT - | VTS-CV Fails B/R | - | |

| 66. FIELD OF VISION | 67. NIGHT VISION (Test used and score) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| - | NIBH | - | OU- 13 |

70. HEARING

RIGHT WV /15 SV /15

LEFT WV /15 SV /15

71. Rudmose AUDIOMETER ANSI 69

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | - | 5 | 5 | 5 | 5 | 15 | 10 | - |
| LEFT | - | 10 | 10 | 5 | 10 | 5 | 10 | - |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Test used and score)

-

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

Measles, mumps, chickenpox in childhood, NCNS.
Appendectomy in childhood, NCNS.
Examinee denies personal or family history of diabetes or psychosis, use of contact lenses, history of motion sickness or disturbances of consciousness, irradiation therapy, and all other significant medical or surgical history.

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

36. Skin of feet are thickened and scaly, R/O tinea pedis, R/O severe dishidratic ecaema
64. Defective color vision
73. S/P appendectomy

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

Make routine appointment in PCC for eval

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S | X |
|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 |

77. EXAMINEE (Check)

A. ☒ IS QUALIFIED FOR World Wide Duty

B. ☐ IS NOT QUALIFIED FOR

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

-

79. TYPED OR PRINTED NAME OF ~~PHYSICIAN~~ Examiner: LONNIE W. LEASMAN, SGT USAF — SIGNATURE: [signature]

80. TYPED OR PRINTED NAME OF PHYSICIAN: TIMMY J. TARRANT, 1LT USAF PA BSC — SIGNATURE: [signature]

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) — SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE — NUMBER OF ATTACHED SHEETS

STANDARD FORM 93
REV. OCTOBER 1974
GSA FPMR 101-11.8

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME—FIRST NAME—MIDDLE NAME: JANASKIE, ALAN HENRY

2. SOCIAL SECURITY OR IDENTIFICATION NO.: [redacted]

3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE): 21681 BANCROFT. DR. CALIF CY CA. 93505

4. POSITION (title, grade, component): SMSGT.

5. PURPOSE OF EXAMINATION: RET

6. DATE OF EXAMINATION: 9 June 82

7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code): EDWARDS AFB CALIF 93523

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)
GOOD HEALTH

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas | | ✓ | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| ✓ | | | Rheumatic fever | | ✓ | | Frequent indigestion | | ✓ | | Foot trouble |
| | ✓ | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | ✓ | | Neuritis |
| | ✓ | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | ✓ | | Epilepsy or fits |
| | ✓ | | Eye trouble | | ✓ | | Adverse reaction to serum, drug, or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Ear, nose, or throat trouble | | | | | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | | ✓ | | Broken bones | | ✓ | | Depression or excessive worry |
| | ✓ | | Chronic or frequent colds | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Rupture/hernia | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Piles or rectal disease | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hay Fever | | ✓ | | Frequent or painful urination | | | | |
| | ✓ | | Head injury | | ✓ | | Bed wetting since age 12 | | | | |
| | ✓ | | Skin diseases | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Thyroid trouble | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Tuberculosis | ✓ | | | VD—Syphilis, gonorrhea, etc. | | | | |
| | ✓ | | Asthma | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Shortness of breath | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | |
| | ✓ | | Pain or pressure in chest | | ✓ | | Bone, joint or other deformity | | | | |
| | ✓ | | Chronic cough | | ✓ | | Lameness | | | | |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Loss of finger or toe | | | | 12. FEMALES ONLY: HAVE YOU EVER |
| | ✓ | | Heart trouble | | ✓ | | Painful or "trick" shoulder or elbow | | | | Been treated for a female disorder |
| | ✓ | | High or low blood pressure | | ✓ | | Recurrent back pain | | | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?
USAF

14. ARE YOU (Check one)
☐ Right handed ☒ Left handed

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | ✓ | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | |
| | ✓ | B. Inability to perform certain motions. | |
| | ✓ | C. Inability to assume certain positions. | |
| | ✓ | D. Other medical reasons *(If yes, give reasons.)* | |
| | ✓ | 16. Have you ever been treated for a mental condition? *(If yes, specify when, where, and give details.)* | |
| | ✓ | 17. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occurred.)* | |
| ✓ | | 19. Have you ever been a patient in any type of hospitals? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | SHAMOKIN HOSPITAL AGE 4 1948 DOCTOR GATES - APENDEX |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* | |
| | ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* | |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? *(If yes, give date and reason for rejection.)* | |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.)* | |
| | ✓ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| ALAN H TANASKIE | Alan H Tanaskie |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

SEE SF 88 #73

Measles, mumps, chickenpox, appendectomy in childhood, NCNS.
History of rheumatic fever in childhood, resolved without complication, NCNS.
Examinee denies personal or family history of diabetes or psychosis, use of contact lenses, history of motion sickness or disturbances of consciousness, irradiation therapy, and all other significant medical or surgical history.

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| TIMMY J. TARRANT 1LT USAF PA BSC | 6/9/82 | [signature] | |

**CLINICAL RECORD** | **ELECTROCARDIOGRAPHIC RECORD**

PREVIOUS ECG: ☒ YES ☐ NO

CLINICAL IMPRESSION: Retirement

MEDICATION: Ø

☐ EMERGENCY ☒ ROUTINE ☐ BEDSIDE ☒ AMBULANT

| AGE | SEX | RACE | HEIGHT | WEIGHT | B. P. | SIGNATURE OF WARD PHYSICIAN | DATE |
|---|---|---|---|---|---|---|---|
| 38 | m | Cau | 67 | 197 | | | 9 Jun 82 |

RHYTHM: Sinus

AXIS DEVIATION (QRS): +60°

RATES: AURIC. 60 VENT. 60

INTERVALS: PR 0.16 QRS 0.08 QT 0.36

P WAVES

QRS COMPLEXES

RS—T SEGMENT

T WAVES

UNIPOLAR EXTREMITY LEADS *(Specify)*

PRECORDIAL LEADS *(Specify)*

SUMMARY, SERIAL CHANGES, AND IMPLICATIONS:

W.N.L.

*(Continue on reverse)*

| NO. ECG | SIGNATURE OF PHYSICIAN | PATIENT'S IDENTIFICATION NO. | DATE |
|---|---|---|---|
| | [signature] | | 9 Jun 82 |
| | | REGISTER NO. | WARD NO. |

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)*

| LAST | FIRST | MI | RANK | STATUS |
|---|---|---|---|---|
| JANASKIE | ALAN | H | SMSGT | AD |

SSAN: [redacted]

| ORGANIZATION | DUTY PHONE |
|---|---|
| 6515 AMS | 2210 |

**ELECTROCARDIOGRAPHIC RECORD**
(Attach Tracings to SF–507)

**STANDARD FORM 520**
General Services Administration and Interagency Committee on Medical Records
FPMR 101–11.806–8
OCTOBER 1975 520–106

☆ GPO : 1981 O - 341-526 (6369)



Standard Form 600
GENERAL SERVICES ADMINISTRATION AND
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FPMR 101-11.806-8
OCTOBER 1975

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9 June 82 | Retirement PHYSICAL EXAMINATION ACCOMPLISHED THIS DATE |
| | [signature] |
| | MICHAEL R. GRANT, [redacted], USAF |
| | [redacted] 90250 |
| 06 DEC. 1982 | PRIMARY CARE |
| wt 221 3/4 | |
| BP 120/88 | S) c/o pain [illegible] (L) foot. over great toe |
| T 97.3 | [illegible] lat. Tender to touch ē swelling. |
| | occ. erythema. Began [illegible] ago pain [illegible] over |
| | past [illegible]. ↑ pain ē [illegible]. [illegible]. [illegible]. |
| | Hx of gout: ⊖ FHx. Meds: [illegible]. [illegible] for pain. |
| | ∅ other joint pain. 6 8x ⊖ [illegible]. |
| | O) NAD |
| | 1st MP (L) foot – nontender [illegible] swelling, erythema |
| | from toes, foot, ankle. |
| | pedal pulses 4+ foot – nontender |
| | [illegible] |
| | A) (R) [illegible] R/O DJD vs [illegible] [illegible] gout |
| | P) ① [illegible] / uric acid, Ca++, PO4 –3, Alk Phos, BUN |

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |

Standard Form 600
GENERAL SERVICES ADMINISTRATION AND
INTERAGENCY COMMITTEE ON MEDICAL RECORDS
FPMR 101-11.806-8
OCTOBER 1975

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

USAF HOSPITAL EDWARDS (AFSC)
EDWARDS AIR FORCE BASE, CALIF. 93523

EMERGENCY-WALK IN

DATE:- 11 Dec 82
T:- 2210

30 y.o. WM c̄ 3 wk hx painful (L) foot & Pain at base (L) great toe. Hx of same – [illegible] Tender plantar surface at base great toe c̄ erythema. pain c̄ dorsi-flexion of toe.

Cont#27

A) gout
P) UA >8.9 8 DEC 82.
Indocin 25 mg tid
F/u ECC.

SUSAN R. [illegible] PHYSICIAN ASSISTANT
[signature]

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

Janaskie, Alan
[redacted]
ADAF

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
|---|---|---|---|
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |

EXCEPTION TO SF 600
APPROVED BY NARS AUG 79

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
600-108-02