**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-602C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSITION ON THE MOTION TO DISMISS

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the Plaintiff respectfully requests that the Court enlarge the deadline for responding to the complaint in this case by thirty days, so that the response will be due on September 26, 2007. The current due date is July 26th, 2007. This is Plaintiff's first request for an enlargement on this motion. Defendant's counsel has been emailed, and called twice asking if they oppose the enlargement.

The Plaintiff requests this extension for the following reasons:

1. Present work load in Plaintiff's office,
2. A July 20th decision in the Ninth Circuit which mandates retroactive payments for Agent Orange victims, such as Plaintiff.
3. The contempt Motion that the Ninth Circuit is reviewing against Defendant, which is being covered today, based on the same Agent Orange case.

Granting this enlargement will prejudice neither party. Accordingly, Plaintiff respectfully request that the Court enlarge the time for responding to the complaint by sixty days- to September 26, 2007.

Respectfully submitted,

7/23/06

s/Jeffrey D. Moffatt
Attorney for Plaintiffs

Law Office of Jeffrey D. Moffatt
43625 N Sierra Hwy, Suite A.
Lancaster, CA 93534
Tel: 661 9456121
Fax: 661 9453019
Jeffreymbajd@hotmail.com

CERTIFICATE OF FILING

I hereby certify that on July 23rd, 2007, a copy of the foregoing " Plaintiff's Unopposed Motion For An Enlargement of Time For Responding to Defendant's Response to Plaintiff's Opposition on the Motion To Dismiss" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.