IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 06-602c |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |

DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSITION ON THE MOTION TO DISMISS

Pursuant to the Rules of the United States Court of Federal Claims ("RCFC"), we respectfully request that the Court strike plaintiff's "Motion for an Enlargement of Time for Responding to Defendant's Response to Plaintiff's Opposition on the Motion to Dismiss." This Court's rules do not provide for sur-replies to motions, RCFC 5.2, 7.2, and leave to file a sur-reply is not warranted in this case because plaintiff has already filed a 46-page responsive brief that barely addresses defendant's arguments and that is longer than the response permitted by this Court's rules, RCFC 5.2(b)(1). The Court will not benefit from receiving further briefing from Mr. Janaskie, which appears likely to raise issues that are not relevant to the issues before this Court. We respectfully request that the Court strike plaintiff's motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham by Donald E. Kinner
STEVEN J. GILLINGHAM
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 309-0972

July 24, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 24, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSITION ON THE MOTION TO DISMISS" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds