# In the United States Court of Federal Claims

**(No. 06-602C)**
**(Filed: July 30, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ALAN JANASKIE, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER DENYING PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME

On July 23, 2007, Plaintiff filed a motion for enlargement of time to file a "respon[se] to the complaint"-- a pleading Plaintiff himself filed. Plaintiff's motion is **DENIED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**