IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN JANASKIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-602c |
| v. | ) | (Judge Williams) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR RECONSIDERATION REGARDING
THE DENIAL FOR EXTENSION FOR PLAINTIFF TO RESPOND

We briefly respond to Mr. Janaksie's motion for reconsideration of this Court's denial of his motion for an enlargement of the time to respond to our reply brief. Mr. Janaksie's motion for reconsideration should be denied.

First, there has been no filing to which Mr. Janaskie is permitted to respond. The Government filed a motion to dismiss, Mr. Janaksie responded, and the Government filed a reply. As we demonstrated before, this Court's rules do not contemplate further responses.

Second, Mr. Janaskie's allegations of wrongdoing on the part of counsel for the Government are absurd. Mr. Janaksie takes issue with the Government's assertion that he did not seek review by an Air Force medical board or the Air Force Board for Correction of Military Records. The evidence he attaches to demonstrate that the Government is supposedly misleading the Court, however, is a denial of a claim filed with the Veterans Administration (now the Department of Veterans Affairs), which this Court does not review. There is a clear and jurisdictionally important difference.

Once again, Mr. Janaskie's remedies, if any, lie elsewhere. Mr. Janaksie's motion for reconsideration should be denied and his complaint should be dismissed.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 309-0972

July 31, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 31, 2007, a copy of the foregoing "DEFENDANT'S REPSONE TO PLAINTIFF'S MOTION FOR RECONSIDERATION REGARDING THE DENIAL FOR EXTENSION FOR PLAINTIFF TO RESPOND" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds