# In the United States Court of Federal Claims

**(No. 06-602C)**
**(Filed: July 31, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ALAN JANASKIE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

On July 23, 2007, Plaintiff filed a motion for enlargement of time of 60 days to file a response to the "complaint" -- a pleading Plaintiff himself filed.[1] The Court interpreted that filing as a request for an extension of time to file a surreply to Defendant's Response to Plaintiff's Opposition to its Motion to Dismiss. On July 30, 2007, the Court denied Plaintiff's motion for an enlargement time. That same day, Plaintiff filed a motion for reconsideration of the Court's denial.

In support of the motion for reconsideration, Plaintiff states in part: "Plaintiff has requested an extension of time so that the claims of Defendant and copies of files sent to this court will be seen as incomplete at best, or an attempt to deceive this court at worst." Plaintiff's Mot. For Recon. at 1. Although Plaintiff attached some correspondence to this motion, nothing in the motion or attachments justifies the enlargement of time or constitutes grounds for reconsideration.

Neither good cause for the enlargement nor grounds for reconsideration have been shown. As such, Plaintiff's motion for reconsideration is **DENIED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

[1] In the motion Plaintiff inconsistently asked for a 60-day extension and a 30-day extension. Since the extended deadline sought was September 26, 2007, the request sought 60 days.